UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Angel Paniagua Munoz</u>

     v.                                                           Civil No. 1:25-cv-488-SE-AJ

<u>Munoz v. Strafford County Department of Corrections,
Superintendent, et al.</u>

O R D E R

     Angel Paniagua Munoz filed a petition for a writ of habeas corpus on November 26, 2025, contesting his detention and requesting, inter alia, a bond hearing. <u>See</u> doc. no. 1. The court thereafter ordered the respondents to show cause on or before January 7, 2026, as to why it should not issue an order granting the petition to the extent of ordering them to afford the petitioner with a bond hearing based on his similarity to the petitioner granted a bond hearing as required by the Due Process Clause of the Fifth Amendment in <u>Destino v. FCI Berlin</u>, No. 1:25-cv-374-SE-AJ, 2025 WL 4010424 (D.N.H. Dec. 24, 2025). <u>See</u> doc. no. 12.

     The respondents filed their response to the order to show cause on January 7, 2026, wherein they maintain that the petitioner is lawfully detained pursuant to 8 U.S.C. § 1225(b)(1) and incorporate by reference their objections to the relief requested in <u>Destino</u>. <u>See</u> doc. no. 13. Nonetheless, they acknowledge that the court would reach the same result in this case as it reached in <u>Destino</u> if it were to apply the same reasoning as set forth in that case.

     The respondents have failed to show cause why the court should not order them to afford a bond hearing. Because the reasoning in <u>Destino</u> applies in this case, the petition is granted, in part. The respondents are ordered to provide the petitioner with a bond hearing before an IJ as soon as practicable. If the government fails to comply, the court will set appropriate terms and

conditions of the petitioner's release during the pendency of his removal proceedings. The respondents shall file a status report within seven days, on or before January 20, 2026.

 SO ORDERED.

             _____
             Samantha D. Elliott
             United States District Judge

January 13, 2026

cc: Counsel of record.